NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**CURTIS E. GRIFFIN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7001

---

Appeal from the United States Court of Appeals for Veterans Claims in 10-2076, Judge Robert N. Davis.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Curtis E. Griffin's motion for an extension of time, until November 19, 2012, to file any petition for rehearing,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 1 5 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Mark R. Lippman, Esq.
Elizabeth M. Hosford, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 5 2012

JAN HORBALY
CLERK